**Fill in this information to identify the case:**

Debtor name   **Gresham Hotel, LLC**

United States Bankruptcy Court for the:   DISTRICT OF OREGON

Case number (if known)   **20-32352-dwh11**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 20, 2020**          X **/s/ Hardeep Samra**
                                                       Signature of individual signing on behalf of debtor

                                                       **Hardeep Samra**
                                                       Printed name

                                                       **Member**
                                                       Position or relationship to debtor

Official Form 202                          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Gresham Hotel, LLC**

United States Bankruptcy Court for the:  DISTRICT OF OREGON

Case number (if known)  **20-32352-dwh11**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                     12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $    **2,200,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $    **155,746.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $    **2,355,746.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $    **1,632,465.91**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$    **296,693.00**

4.  Total liabilities ..........................................................................................................
    Lines 2 + 3a + 3b      $    **1,929,158.91**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Gresham Hotel, LLC**

United States Bankruptcy Court for the: DISTRICT OF OREGON

Case number (if known) **20-32352-dwh11**

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.   **Cash on hand** | **$0.00** |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Business Checking** | **4637** | **$4,704.00** |
| 3.2. | **Bank of America** | **Business Checking** | **4750** | **$25.00** |
| 3.3. | **Bank of America** | **Business Checking** | **9031** | **$17.00** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$4,746.00** |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes Fill in the information below.

Debtor    **Gresham Hotel, LLC**
Name                                                                 Case number *(If known)*  **20-32352-dwh11**

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Misc FFE (furniture, linens, curtins, other room items, ect) used in business** | **$0.00** | | **$150,000.00** |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                              **$150,000.00**
Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Gresham Hotel, LLC** | Case number *(If known)* | **20-32352-dwh11** |
|---|---|---|---|
| | Name | | |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

Part 9:    **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **Building located at 1060 NW Cleveland Avenue, Gresham Oregon - Debtor does not own the underlying land** | Fee simple | $0.00 | | $2,200,000.00 |

| 56. | **Total of Part 9.**<br>Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.<br>Copy the total to line 88. | $2,200,000.00 |
|---|---|---|

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

Part 10:    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |

| Debtor | **Gresham Hotel, LLC** | Case number *(If known)* | **20-32352-dwh11** |
|---|---|---|---|
| | Name | | |

| 64. | Other intangibles, or intellectual property<br>**Trademark to Hotel and other general<br>intangibles** | $0.00 | | $1,000.00 |
|---|---|---|---|---|

| 65. | **Goodwill** | | | |
|---|---|---|---|---|

**66.    Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$1,000.00

**67.    Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

**68.    Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

**69.    Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

<div style="background:black;color:white">Part 11:</div>  **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Gresham Hotel, LLC**
        Name

Case number *(If known)*  **20-32352-dwh11**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,746.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $150,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $2,200,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $155,746.00 | + 91b. $2,200,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,355,746.00 |

---

**Fill in this information to identify the case:**

Debtor name   **Gresham Hotel, LLC**

United States Bankruptcy Court for the:   DISTRICT OF OREGON

Case number (if known)   **20-32352-dwh11**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **ADS Group** | | | |
|---|---|---|---|---|

Creditor's Name

| Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|
| **Misc Fixtures, Ect.** | | |

**PO Box 15270**
**Irvine, CA 92623**

Creditor's mailing address

Describe the lien
**UCC Filing**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

**Date debt was incurred**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

Do multiple creditors have an interest in the same property?

☑ No

As of the petition filing date, the claim is:
Check that all apply

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.2 | **Balboa Capital Corporation** | | $25,644.96 | $150,000.00 |
|---|---|---|---|---|

Creditor's Name

**c/o President Patrick Byrne**
**575 Anton Blvd., 12th Floor**
**Costa Mesa, CA 92626**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Misc FFE (furniture, linens, curtins, other room items, ect) used in business**

Describe the lien
**UCC Filing**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

**Date debt was incurred**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

---

Debtor    **Gresham Hotel, LLC**
_____
Name

Case number (if known)    **20-32352-dwh11**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **CHTD Company** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Misc Fixtures, ect.**

**PO Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

**Describe the lien**
**UCC Filing**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **City Of Gresham** | Describe debtor's property that is subject to a lien | **$49,824.00** | **$2,200,000.00** |
|---|---|---|---|---|

Creditor's Name

**Building located at 1060 NW Cleveland Avenue, Gresham Oregon - Debtor does not own the underlying land**

**Assesments**
**1333 NW Eastman Pkwy**
**Gresham, OR 97030**
Creditor's mailing address

**Describe the lien**
**Judgment Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Pacific Enterprise Bank**
**2. City Of Gresham**
**3. Multnomah County**
**-DART**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Multnomah County -DART** | Describe debtor's property that is subject to a lien | **$86,123.00** | **$2,200,000.00** |
|---|---|---|---|---|

Creditor's Name

**Building located at 1060 NW Cleveland Avenue, Gresham Oregon - Debtor does not own the underlying land**

**Bankruptcy Department**
**POB 2716**
**Portland, OR 97208-2716**
Creditor's mailing address

**Describe the lien**
**Judgment Lien**

---

| Debtor | **Gresham Hotel, LLC** | Case number (*if known*) | **20-32352-dwh11** |
|---|---|---|---|
| | Name | | |

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.4**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Oregon Department Of Revenue** | Describe debtor's property that is subject to a lien | **$28,341.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Bankruptcy Notice Dept.
955 Center Street,  NE
Salem, OR 97301-2555**

Creditor's mailing address

**All Property**

**Describe the lien**

**UCC Filing**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Pacific Enterprise Bank** | Describe debtor's property that is subject to a lien | **$1,442,532.95** | **$2,200,000.00** |
|---|---|---|---|---|

Creditor's Name

**17748 Sky Park Cir
Irvine, CA 92614**

Creditor's mailing address

**Building located at 1060 NW Cleveland Avenue, Gresham Oregon - Debtor does not own the underlying land**

**Describe the lien**

**Deed of Trust**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.4**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Gresham Hotel, LLC | Case number (if known) | 20-32352-dwh11 |
|---|---|---|---|
| | Name | | |

| 2.8 | **Secured Lender Solutions, LLC** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
| | | **Misc Business Fixtures, Ect** | | |
| | **Po Box 2576** | | | |
| | **Springfield, IL 62708** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **UCC Filing** | | |

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| 2.9 | **SPRS c/o CT Corporation System** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
| | **330 N Brand Blvd** | **Misc Business Fixtures, Ect.** | | |
| | **Suite 700** | | | |
| | **Glendale, CA 91203** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **UCC Filing** | | |

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$1,632,465.91** |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Debtor | Gresham Hotel, LLC | | Case number (if known) | 20-32352-dwh11 |
|---|---|---|---|---|
| | Name | | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ellen F. Rosenblum,  Attorney General**<br>**100 Justice Building**<br>**1162 Court St. NE**<br>**Salem, OR 97310** | Line **2.6** | |
| **Gresham City Attorney**<br>**1333 NW Eastman Parkway**<br>**Gresham, OR 97030** | Line **2.4** | |
| **Gresham Oceanic LP**<br>**c/o  General Partner RP-TX, LLC**<br>**4624 Duckhorn Dr**<br>**Sacramento, CA 95834** | Line **2.7** | |
| **Multnomah County Attorney**<br>**501 SE Hawthorne Blvd**<br>**Suite 500**<br>**Portland, OR 97214** | Line **2.5** | |
| **Saalfield Griggs, P.C.**<br>**250 Church St SE**<br>**Suite 200**<br>**Salem, OR 97301** | Line **2.7** | |
| **SBA**<br>**409 3rd St SW**<br>**Washington, DC 20416** | Line **2.7** | |
| **SBA / New Mexico District Office**<br>**625 Silver Ave., SW #320**<br>**Albuquerque, NM 87102** | Line **2.7** | |
| **US Attorney -Oregon**<br>**Attn: Billy J. Williams, US Attorney**<br>**1000 SW 3rd Ave., #600**<br>**Portland, OR 97204** | Line **2.7** | |
| **Wright Finlay & Zak**<br>**121 SW Morrison**<br>**Suite 1100**<br>**Portland, OR 97204** | Line **2.7** | |

Official Form 206D                Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                page 5 of 5

**Fill in this information to identify the case:**

Debtor name    **Gresham Hotel, LLC**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known)    **20-32352-dwh11**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
| | **City of Gresham Assessor**<br>**1333 NW Eastman Parkway**<br>**Gresham, OR 97030** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Precautionary** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
| | **Internal Revenue Service**<br>**Bankruptcy Notices**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Precautionary** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Gresham Hotel, LLC** | Case number (if known) | **20-32352-dwh11** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Multnomah County -DART**
**Bankruptcy Department**
**POB 2716**
**Portland, OR 97208-2716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Precautionary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Oregon Department Of Revenue**
**Bankruptcy Notice Dept.**
**955 Center Street,  NE**
**Salem, OR 97301-2555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Precautionary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.**  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | **$140,193.00** |

**Baljit Johal**
**23637 Yellowstone Lane**
**Eustis, FL 32736**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Misc. Business Debt, Personally Guaranteed by Debtor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | **$40,000.00** |
|---|---|---|

**Choice Hotels International, Inc**
**c/o CEO Patrick Pacious**
**1 Choice Hotels Cir**
**Suite 400**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | **$22,000.00** |
|---|---|---|

**Citibank N.A.**
**Attn Centralized Bankruptcy**
**POB 20507**
**Kansas City, MO 64195**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Misc Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Gresham Hotel, LLC** | Case number (*if known*) | **20-32352-dwh11** |
|--------|------------------------|---------------------------|---------------------|
|        | Name                   |                           |                     |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,000.00** |
|-----|--------------------------------------------------|------------------------------------------------------------------------|----------------|

**City of Gresham**
**Utility Billing**
**1333 NW Eastman Parkway**
**Gresham, OR 97030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Misc Utility Bills__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |
|-----|--------------------------------------------------|------------------------------------------------------------------------|----------------|

**Comcast Cable**
**PO Box 34744**
**Seattle, WA 98124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Misc Business Debt - Service Order Agreement__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|-----|--------------------------------------------------|------------------------------------------------------------------------|-------------|

**Donald & Marie Eklund**
**1231 N.E. Cleveland**
**Gresham, OR 97030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Remaining Term on Ground Lease__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$85,000.00** |
|-----|--------------------------------------------------|------------------------------------------------------------------------|-----------------|

**Shiva Lal**
**14280 SE Lyon St**
**Happy Valley, OR 97086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Misc Business Loan__

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

|     | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|-----|---------------------------|---------------------------------------------------------------------------|-----------------------------------------|
| 4.1 | **Ellen F. Rosenblum,  Attorney General**<br>**100 Justice Building**<br>**1162 Court St. NE**<br>**Salem, OR 97310** | Line __2.4__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Oregon Department of Justice**<br>**1162 Court St. NE**<br>**Salem, OR 97301** | Line __2.2__<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Peter McCord**<br>**Attorney At Law**<br>**5 Centerpointe Dr.**<br>**Suite 240**<br>**Lake Oswego, OR 97035** | Line __3.6__<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **US Attorney -Oregon**<br>**Attn: Billy J. Williams, US Attorney**<br>**1000 SW 3rd Ave., #600**<br>**Portland, OR 97204** | Line __2.2__<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Gresham Hotel, LLC** | Case number (if known) | **20-32352-dwh11** |
|---|---|---|---|
| | Name | | |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $ 296,693.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 296,693.00 |

Official Form 206 E/F   **Schedule E/F: Creditors Who Have Unsecured Claims**   **Page 4 of 4**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Gresham Hotel, LLC**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known)    **20-32352-dwh11**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Service Contract - Assume - $858.24/month** | |
| State the term remaining — **2.5 yrs** | **Comcast Cable**<br>**PO Box 34744**<br>**Seattle, WA 98124** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Ground Lease for Hotel - Assume** | |
| State the term remaining — **17 yrs** | **Donald & Marie Eklund**<br>**1231 N.E. Cleveland**<br>**Gresham, OR 97030** |
| List the contract number of any government contract | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Purchase and Sale Agreement for Hotel Property at 2.2 million - Assume** | |
| State the term remaining | **MCRE/ Brandon Smith** |
| List the contract number of any government contract | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Monthly service contract for Hotel Software - Assume - $250/month** | |
| State the term remaining — **1 yr** | **Visual Matrix**<br>**2099 N Collins Blvd**<br>**Richardson, TX 75080** |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Gresham Hotel, LLC**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known)    **20-32352-dwh11**

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Harry Samra** | **14280 SE Lyon St**<br>**Happy Valley, OR 97086** | **Choice Hotels International, Inc** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.2 | **Harry Samra** | **14280 SE Lyon St**<br>**Happy Valley, OR 97086** | **Oregon Department Of Revenue** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Harry Samra** | **14280 SE Lyon St**<br>**Happy Valley, OR 97086** | **Pacific Enterprise Bank** | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Harry Samra** | **14280 SE Lyon St**<br>**Happy Valley, OR 97086** | **Balboa Capital Corporation** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Harry Samra** | **14280 SE Lyon St**<br>**Happy Valley, OR 97086** | **SPRS c/o CT Corporation System** | ■ D __2.9__<br>☐ E/F _____<br>☐ G _____ |

Debtor    **Gresham Hotel, LLC**                                    Case number *(if known)*   **20-32352-dwh11**

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

2.6    **Harry Samra**        **14280 SE Lyon St**          **ADS Group**           ■ D ___2.1___
                              **Happy Valley, OR 97086**                            ☐ E/F _____
                                                                                    ☐ G _____

---

2.7    **Harry Samra**        **14280 SE Lyon St**          **CHTD Company**        ■ D ___2.3___
                              **Happy Valley, OR 97086**                            ☐ E/F _____
                                                                                    ☐ G _____

---

2.8    **Harry Samra**        **14280 SE Lyon St**          **Secured Lender**      ■ D ___2.8___
                              **Happy Valley, OR 97086**     **Solutions, LLC**     ☐ E/F _____
                                                                                    ☐ G _____

---

**Fill in this information to identify the case:**

Debtor name    **Gresham Hotel, LLC**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known)    **20-32352-dwh11**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2020** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$74,963.00** |
| **For prior year:** From **1/01/2019** to **12/31/2019** | ■ Operating a business ☐ Other _____ | **$292,104.00** |
| **For year before that:** From **1/01/2018** to **12/31/2018** | ■ Operating a business ☐ Other _____ | **$440,837.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Gresham Hotel, LLC** | Case number *(if known)* **20-32352-dwh11** |
|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5.** **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Choice Hotels International, Inc c/o CEO Patrick Pacious 1 Choice Hotels Cir Suite 400** | **Flag was repossessed** | **4/2018** | **Unknown** |

**6.** **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  **Legal Actions or Assignments**

**7.** **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Mult Co v. Gresham Hotel 19CV18376** | **Debt Collection** | **Multnomah County Circuit Court 1021 SW 4th Avenue Portland, OR 97201** | ☐ Pending ☐ On appeal ■ Concluded |

**8.** **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**  **Certain Gifts and Charitable Contributions**

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Debtor    **Gresham Hotel, LLC**

Case number *(if known)*    **20-32352-dwh11**

---

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Michael D. O'Brien, & Associates, P.C.**<br>**12909 SW 68th Parkway,**<br>**Suite 160**<br>**Portland, OR 97223** | | **Prior to filing** | **$13,283.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

---

Official Form 207      **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**      page 3

Debtor    **Gresham Hotel, LLC**                                           Case number *(if known)*  **20-32352-dwh11**

| Address | Dates of occupancy From-To |
|---|---|
| | |

<table>
<tr><td>**Part 8:**</td><td>**Health Care Bankruptcies**</td></tr>
</table>

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

<table>
<tr><td>**Part 9:**</td><td>**Personally Identifiable Information**</td></tr>
</table>

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

**Guests phone numbers and addresses are stored when they checkin or make a booking - This information is not shared with third parties.**

Does the debtor have a privacy policy about that information?
☑ No
☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

<table>
<tr><td>**Part 10:**</td><td>**Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**</td></tr>
</table>

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | Gresham Hotel, LLC | Case number *(if known)* | 20-32352-dwh11 |
|--------|--------------------|--------------------------|----------------|

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---------------------------|-----------------------------------|-----------------------------|------------------------|

<div style="background:black;color:white">**Part 11:**</div>  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

<div style="background:black;color:white">**Part 12:**</div>  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|------------------------|----------------------------------|---------------------|-----------------|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|------------------------|-------------------------------------|------------------------------|-----------------|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|------------------------|-------------------------------------|------------------------------|-----------------|

<div style="background:black;color:white">**Part 13:**</div>  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|------------------------|--------------------------------------|------------------------------------------------------------------------------------------------------|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Gresham Hotel, LLC | Case number *(if known)* | 20-32352-dwh11 |
|---|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. | **Hardeep "Harry" Samra**<br>**14280 SE Lyon St**<br>**Happy Valley, OR 97086** | **2005 - Current** |
| 26a.2. | **David Appel CPA**<br>**1225 NW Murray Rd**<br>**Suite 111**<br>**Portland, OR 97229** | **2008 - Current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Hardeep Samra** | **14280 SE Lyon St**<br>**Happy Valley, OR 97086** | **Member/Manager** | **100** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor    **Gresham Hotel, LLC**                                    Case number *(if known)*    **20-32352-dwh11**

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Gresham Hotel, LLC | Case number *(if known)* | **20-32352-dwh11** |
|---|---|---|---|

---

**Part 14:**   Signature and Declaration

       **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

       I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

       I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 20, 2020**

| **/s/ Hardeep Samra** | **Hardeep Samra** |
|---|---|
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor    **Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

# United States Bankruptcy Court
## District of Oregon

In re    **Gresham Hotel, LLC**                              Case No.    **20-32352-dwh11**

Debtor(s)                    Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Hardeep "Harry" Samra**<br>**14280 SE Lyon Street**<br>**Happy Valley, OR 97086** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **August 20, 2020**                    Signature    **/s/ Hardeep Samra**

**Hardeep Samra**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.